**Motion Granted; Dismissed and Memorandum Opinion filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00727-CR

## DANA MARIE CRUZ ALEGRIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13CR2912**

## M E M O R A N D U M   O P I N I O N

A motion to dismiss the appeal, signed by appellant and her attorney, has been filed with this court. *See* Tex. R. App. P. 42.2(a). Because this court has not delivered an opinion, we grant the motion.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).